**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **KIVANI THOMPSON**, | Case No. 3:26-cv-01015-SB |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| v. | |
| **ANGELIQUE PORTEE** *et al.*, | |
| Defendants. | |

**IMMERGUT, District Judge.**

No objections to Magistrate Judge Beckerman's Findings and Recommendations ("F&R"), ECF 10, have been filed. For the following reasons, this Court ADOPTS the F&R in full.

Under the Federal Magistrates Act ("Act"), as amended, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). If a party objects to a magistrate judge's F&R, "the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* But the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the F&R to which no

PAGE 1 – ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc). Nevertheless, the Act "does not preclude further review by the district judge, *sua sponte*" whether de novo or under another standard. *Thomas*, 474 U.S. at 154.

Judge Beckerman's F&R, ECF 10, is ADOPTED in full. Plaintiff's First Amended Complaint, ECF 8, is DISMISSED without prejudice but without further leave to amend.

**IT IS SO ORDERED**.

DATED this 13th day of August, 2026.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER ADOPTING FINDINGS AND RECOMMENDATIONS